UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SOUTHERN UNITED STATES TRADE ASSOCIATION | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 10-1669 |
| | * | |
| UNIDENTIFIED PARTIES | * | SECTION "L" (4) |

## ORDER

Before the Court are several Motions filed by pro se defendant Sumit Guddh. The Court has reviewed the submissions and applicable law and now issues the following Order.

**IT IS ORDERED** that Sumit Guddh's Motion for Leave to File Motion to Allow Electronic Filing by a Party Appearing without an Attorney and Supporting Information (R. Doc. 181) be and is hereby **GRANTED** and that said Motion be entered into the record in this matter.

**IT IS FURTHER ORDERED** that Guddh's Motion for Expedited Hearing (R. Doc. 182) on the above Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Guddh's Motion for Reconsideration of Magistrate Judge's Ruling and Motion to Assign New Magistrate Judge (R. Doc. 183) be and is hereby **DENIED**. **IT IS FURTHER ORDERED** that Guddh's Motion for Expedited Hearing (R. Doc. 184) on the above Motion be and is hereby **GRANTED**.

New Orleans, Louisiana, this 14th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE